Alfred A. Whitman, Respondent, v. Alfred J. O'Donovan, Doing Business as A. J. O'Donovan & Company, Appellant.— Order affirmed, with

ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.